# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUNAINA KUMAR,**  Plaintiff,  vs.  **PERFORMANT RECOVERY, INC.; and DOES 1 through 10, inclusive,**  Defendants. | Civil Action No.: 1:14-cv-00167-EGS  NOTICE OF SETTLEMENT |

Plaintiff, SUNAINA KUMAR, by and through her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, PERFORMANT RECOVERY, INC. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Dated: 5/23/2014                           RESPECTFULLY SUBMITTED,

By: /s/ L. Jeanette Rice
L. Jeanette Rice, Esq
Walsh, Becker, Moody & Rice
14300 Gallant Fox Lane # 218
Bowie, MD 20715
Telephone: 301-262-6000
Facsimile: 301-262-4403
Email: riceesq@walshbecker.com
*Attorney for Plaintiff,
Sunaina Kumar*

1